**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Reuven TENAMEE, Defendant—
Appellant.**

**No. 04–7575.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 28, 2004.

Reuven Tenamee, Appellant pro se. Andrew George Warrens Norman, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Reuven Tenamee appeals the district court's order denying his motion to compel production of grand jury testimony. We have reviewed the record and find no abuse of discretion, as Tenamee demonstrated no particularized need for production. *See Dennis v. United States,* 384 U.S. 855, 872, 86 S.Ct. 1840, 16 L.Ed.2d 973 (1966). Accordingly, we affirm the order of the district court. *See United States v. Tenamee,* No. CR–89–235–JFM (D.Md. Sept. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*